**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-1281**

———————

MOHAMMAD REZA SALAMI,

            Plaintiff – Appellant,

      v.

NORTH CAROLINA AGRICULTURE & TECHNICAL STATE UNIVERSITY,

            Defendant – Appellee,

      and

JOSEPH MONROE,

            Defendant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., Chief District Judge.  (1:07-cv-00621-JAB)

———————

Submitted:  March 15, 2011          Decided:  March 17, 2011

———————

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Mohammad Reza Salami, Appellant Pro Se.  Kimberly D. Potter, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Reza Salami appeals the district court's order accepting the recommendation of the magistrate judge and granting the North Carolina Agriculture & Technical State University's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Salami v. N.C. Agric. & Technical State Univ.</u>, No. 1:07-cv-00621-JAB (M.D.N.C. Mar. 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>